**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Jorge Luis TAPANES, Defendant–Appellant.**

**No. 07–15852
Non–Argument Calendar.**

United States Court of Appeals, Eleventh Circuit.

Feb. 27, 2009.

Mark G. Rodriguez, Mark G. Rodriguez, P.A., Tampa, FL, for Defendant–Appellant.

Linda Julin McNamara, U.S. Attorney's Office, Tampa, FL, for Plaintiff–Appellee.

Before DUBINA, BLACK and BARKETT, Circuit Judges.

PER CURIAM:

Mark G. Rodriguez, appointed counsel for Jorge Tapanes, has filed a motion to withdraw on appeal, supported by a brief prepared pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent review of the entire record reveals no arguably meritorious issues, counsel's motion to withdraw is **GRANTED,** and Tapanes's conviction and sentence are **AFFIRMED.**